UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-cv-00821 |
|---|---|---|---|

| Phillips, et al. |
|---|
| *versus* |
| Wipro, Ltd. |

United States Courts
Southern District of Texas
FILED

MAR 26 2018

David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Amy M. Roller<br>Kotchen & Low LLP<br>1745 Kalorama Rd., NW, Ste. 101<br>Washington, DC 20009<br>District of Columbia, 1030117<br>DC Bar No. 1044199 |
|---|---|

| Name of party applicant seeks to appear for: | James Phillips and Robert Saemian |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 3/19/2018 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 3/26/18   Clerk's signature *[signature]* |

**Order**                    This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                 United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was served on the following counsel for Wipro, Ltd. by email:

Eric Michael Lloyd

elloyd@seyfarth.com

David J. Rowland

drowland@seyfarth.com

Dated: March 19, 2018                    /s/Michael von Klemperer
                                         Michael von Klemperer

                                         Attorney for Plaintiffs