UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-cv-00821 |
|---|---|---|---|

|  |
|---|
| Phillips, et al. |
| *versus* |
| Wipro, Ltd. |

United States Court
Southern District of Texas
FILED
MAR 26 2018
David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Daniel Low<br>Kotchen & Low LLP<br>1745 Kalorama Rd., NW, Ste. 101<br>Washington, DC 20009<br>(202)841-7164, dlow@kotchen.com<br>District of Columbia, 480910<br>U.S. District Court for the District of Columbia, 480910 |
|---|---|

| Name of party applicant seeks to appear for: | James Phillips and Robert Saemian |
|---|---|

| Has applicant been sanctioned by any bar association or court? Yes _____ No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 3/19/2018 | Signed: |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 3/26/18  Clerk's signature |

**Order**                This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was served on the following counsel for Wipro, Ltd. by email:

Eric Michael Lloyd

elloyd@seyfarth.com

David J. Rowland

drowland@seyfarth.com

Dated: March 19, 2018
/s/Michael von Klemperer
Michael von Klemperer

Attorney for Plaintiffs