Case 4:18-cv-00821   Document 40   Filed in TXSD on 03/26/18   Page 1 of 1
Case 4:18-cv-00821   Document 35   Filed in TXSD on 03/26/18   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 27, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-cv-00821 |
|---|---|---|---|

| Phillips, et al. |
|---|
| *versus* |
| Wipro, Ltd. |

United States Courts
Southern District of Texas
FILED
MAR 26 2018
David J. Bradley, Clerk of Court

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Michael von Klemperer<br>Kotchen & Low LLP<br>1745 Kalorama Rd., NW, Ste. 101<br>Washington, DC 20009<br>202-471-1995, mvk@kotchen.com<br>District of Columbia, 1015469<br>Eastern District of Wisconsin, 1015469 |
|---|---|

| Name of party applicant seeks to appear for: | James Phillips and Robert Saemian |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes ____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 3/19/2018    Signed: [signature]

The state bar reports that the applicant's status is: active

Dated: 3/26/18    Clerk's signature: [signature]

**Order**

Dated: 3/26/18

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge