UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

James Phillips, et al.

v.                                              Case Number: 4:18−cv−00821

Wipro, Ltd.

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**   Courtroom 8C
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 2/14/2020

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Motion Hearing
Motion to Amend − #117

Date:   January 30, 2020

David J. Bradley, Clerk