# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES PHILLIPS, and ROBERT SAEMIAN, | § § § | |
| Plaintiffs, | § § § | CIVIL ACTION NO. 4:18-cv-00821 |
| vs. | § § | CLASS ACTION |
| WIPRO LIMITED, | § § § | Jury Trial Demanded |
| Defendant. | § § | |

## MOTION TO WITHDRAW APPEARANCE OF MICHAEL VON KLEMPERER AS COUNSEL FOR PLAINTIFFS

Michael von Klemperer of Kotchen & Low LLP hereby moves to withdraw his appearance on behalf of Plaintiffs in this matter. Mr. von Klemperer is leaving Kotchen & Low. Daniel Kotchen (attorney-in-charge), Daniel Low, Lindsey Grunert, Amy Roller and Dwaine Massey will continue to represent Plaintiffs. Accordingly, Mr. von Klemperer's withdrawal will cause no delay or otherwise prejudice the case.

1

2

Dated: February 7, 2020

By: /s/Michael von Klemperer
Daniel Kotchen (*pro hac vice*)
Daniel Low (*pro hac vice*)
Michael von Klemperer
     (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
Amy Roller (*pro hac vice*)
KOTCHEN & LOW LLP
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
Facsimile: (202) 280-1128

Dwaine M. Massey
State Bar No. 00791199
Federal Bar No. 18418
MASSEY LAW FIRM PLLC
601 Sawyer St., Suite 225
Houston, TX 77007
Telephone:  (713) 223-1550
Facsimile:   (713) 588-8437

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system.

Dated:  February 7, 2020

By: /s/Michael von Klemperer
Michael von Klemperer