United States District Court
Southern District of Texas
**ENTERED**
March 03, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES PHILLIPS, *et al*, §§§§ Plaintiffs, § VS. §§§§ WIPRO, LTD., § Defendant. | CIVIL ACTION NO. 4:18-CV-821 |

## ORDER

Plaintiffs' Motion to Seal Material Filed in Support of their Motion to Compel Reply (Doc. #73) is hereby GRANTED.

It is so ORDERED.

____MAR 0 3 2020____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge