IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES PHILLIPS, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:18-cv-00821 |
| | § | |
| WIPRO LIMITED, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT WIPRO LIMITED'S UNOPPOSED MOTION TO WITHDRAW DAVID ROWLAND, ERIC LLOYD, KATHRYN PALAMOUNTAIN AND JOHN PHILLIPS AS COUNSEL OF RECORD

Pending before the Court is Defendant WIPRO Limited's Unopposed Motion to Withdraw David Rowland, Eric Lloyd, Kathryn Palamountain and John Phillips as Counsel of Record. Having considered the motion, submissions, and applicable law, the Court determines the Motion should be GRANTED.

ORDERS that David Rowland, Eric Lloyd, Kathryn Palamountain and John Phillips and Seyfarth Shaw LLP are hereby withdrawn as counsel of record for WIPRO Limited.

It is so ORDERED.

SIGNED this _____ day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE