United States District Court
Southern District of Texas
**ENTERED**
March 22, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES PHILLIPS, and ROBERT SAEMIAN, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 4:18-cv-00821 |
| vs. | § § | CLASS ACTION |
| WIPRO LIMITED, | § § § | Jury Trial Demanded |
| Defendant. | § § § | |

## AMENDED SCHEDULING ORDER

1. <u>January 25, 2021</u>
   <u>(or for good cause shown)</u>

   **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES**
   Party requesting joinder will furnish a copy of this scheduling order to new parties.

2a. <u>May 27, 2021 (initial report & motion)</u>
    <u>July 16, 2021 (reply report & brief)</u>

   **EXPERTS / CLASS CERTIFICATION**
   Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

2b. <u>June 24, 2021 (report & opp'n)</u>

   Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

2c. <u>October 27, 2021 (supplements)</u>

   The parties may supplement their reports for trial if there is a certified class. Short additional depositions will be permitted to address the updates to the reports within 30 days after this deadline.

3.  July 16, 2021                               **DISCOVERY**
                                                Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information acquired in post−deadline discovery.

4.  July 27, 2021                               **MOTIONS DEADLINE**
                                                Including any motion challenging an expert witness (only motions in limine on issues other than experts may be filed after this date). The motion deadline may not be changed by agreement.

5a. November 26, 2021                           **JOINT PRETRIAL ORDER**
                                                THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order on this date. (Where available, Defendant should supply Plaintiff with an electronic copy.)

5b. December 13, 2021                           THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date.

6.  January 14, 2022                            **DOCKET CALL** is set at 1:30 p.m. in Courtroom 8C.

7.  January 18, 2022                            **TRIAL** is set at 9:00 a.m. in Courtroom 8C. Case is subject to being called to trial on short notice during the two week period beginning on this date.

The Clerk shall enter this Order and provide a copy to all parties. SIGNED on March 22, 2021, at Houston, Texas.

_____
Alfred H. Bennett
United States District Judge