UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES PHILLIPS, and ROBERT SAEMIAN, <br><br> Plaintiffs, <br><br> vs. <br><br> WIPRO LIMITED, <br><br> Defendant. | CIVIL ACTION NO. 4:18-cv-00821 <br><br> CLASS ACTION <br><br> Jury Trial Demanded |

## ORDER

Having considered the Motion to Withdraw Appearance of Amy M. Roller as Counsel for Plaintiffs, the Court finds good cause to grant the motion and it is hereby GRANTED.

Accordingly, Ms. Roller's appearance as counsel for the Plaintiffs in this matter is withdrawn.

It is so ORDERED.

April 12, 2021
Date

_____
The Honorable Alfred H. Bennett
United States District Judge