United States District Court
Southern District of Texas
**ENTERED**
May 26, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES PHILLIPS, and ROBERT SAEMIAN, | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 4:18-cv-00821 |
| vs. | § § § | CLASS ACTION |
| WIPRO LIMITED, | § § | Jury Trial Demanded |
| Defendant. | § § § | |

## AMENDED SCHEDULING ORDER

1a. July 27, 2021
   (initial report & motion)
   Sept. 16, 2021 (reply report & brief)

**EXPERTS / CLASS CERTIFICATION**
Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2). The Motion for Class Certification is due on the date of the expert designation.

1b. August 24, 2021 (report & opp'n)

Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2). The Response to the Motion for Class Certification is due on the date of the expert designation.

2. <u>July 16, 2021</u>   **DISCOVERY**

Plaintiffs' position:  Consistent with the extension of other deadlines, the deadline for discovery should be extended by two months until September 16, 2021 to allow Plaintiffs time to pursue any additional discovery needed in light of their review of documents to be produced by June 1, 2021.

Defendant's position:  Counsel may, by agreement, continue discovery beyond the deadline. No continuance will be granted because of information acquired in post-deadline discovery.  The Defendant may depose the Plaintiff's expert prior to the due date for Defendant's Response to the Plaintiff's Motion for Class Certification.  The Plaintiff may depose the Defendant's expert prior to the due date for Plaintiff's Reply.

3. <u>Sept. 27, 2021</u>   **MOTIONS DEADLINE**
Including any motion challenging an expert witness (only motions in limine on issues other than experts may be filed after this date). The motion deadline may <u>not</u> be changed by agreement.

4. <u>November 29, 2021</u>   **SUPPLEMENTAL DESIGNATIONS**
The parties may supplement their expert reports for trial if there is a certified class and designate trial witnesses in the number approved by the Court.  Depositions of the opposing party's designated trial witnesses not previously deposed and short depositions of the experts to address the updates to the reports maybe taken within 60 days after this deadline.

4a. <u>Jan. 26, 2022</u>   **JOINT PRETRIAL ORDER**
THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order on this date. (Where available, Defendant should supply Plaintiff with an electronic copy.)

4b. <u>Feb. 14, 2022</u>   THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date.

6. <u>March 18, 2022</u>   **DOCKET CALL** is set at 1:30 p.m. in Courtroom 8C.

March 31, 2022 | TRIAL is set at 9:00 a.m. in Courtroom 8C. Case is subject to being called to trial on short notice during the two-week period beginning on this date.

The Clerk shall enter this Order and provide a copy to all parties. SIGNED on May 26, 2021, at Houston, Texas.

_____
Alfred H. Bennett
United States District Judge