IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES PHILLIPS, and ROBERT SAEMIAN, | § § § | |
| Plaintiffs | § § § | CIVIL ACTION NO. 4:18-CV-00821 |
| v. | § § | |
| WIPRO LIMITED, | § § § | |
| Defendant. | § | |

ORDER

On this day, the Court considered Defendant Wipro Limited's Motion to Strike the Report and Testimony of Plaintiffs' Expert Dr. Neumark (ECF No. 173, Ex. 30). Having considered Defendant's Motion, any responses and replies, legal authorities, and the record, the Court finds that Defendant's Motion has merit.

It is therefore ORDERED that Defendant's Motion to Strike the Report and Testimony of Plaintiffs' Expert Dr. Neumark (ECF No. 173, Ex. 30) is GRANTED.

It is further ORDERED that the Report and Testimony of Plaintiffs' Expert Dr. Neumark (ECF No. 173, Ex. 30) is STRICKEN with prejudice to refiling. The Clerk of Court is instructed to strike the Report and Testimony of Plaintiffs' Expert Dr. Neumark (ECF No. 173, Ex. 30) from the Court's docket.

SIGNED this _____ day of _____, 2021.

_____
THE HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE