United States District Court
Southern District of Texas
**ENTERED**
December 09, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES PHILLIPS, and ROBERT SAEMIAN, | § § § | |
| Plaintiffs | § § | CIVIL ACTION NO. 4:18-CV-00821 |
| v. | § § | |
| WIPRO LIMITED, | § § | |
| Defendant. | § § | |

<u>ORDER</u>

On this day, the Court considered Defendant's Unopposed Motion to Extend Time for filing its Replies to Plaintiffs' Opposition to Wipro's Motion to Strike the Report and Expert Designation of Dr. Ronil Hira (*Dkt. 240*), and Plaintiffs' Opposition to Wipro's Motion to Strike the Rebuttal Report Offered by David Neumark (*Dkt. 242*) (Oppositions). The Court, having reviewed the Unopposed Motion, is of the opinion that the Unopposed Motion should be **GRANTED**.

It is therefore, **ORDERED** that Defendant's deadline to file it Replies to Plaintiffs' Oppositions is extended to Friday, December 3, 2021.

ENTERED on this 9th day of  December , 2021

_____
THE HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE