United States District Court
Southern District of Texas
**ENTERED**
January 17, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES PHILLIPS, and ROBERT SAEMIAN, | § § § § | |
| Plaintiffs | § § | CIVIL ACTION NO. 4:18-CV-00821 |
| v. | § § | |
| WIPRO LIMITED, | § § § | |
| Defendant. | § | |

## ORDER

On this day, the Court considered the parties Joint Motion to Suspend Docket Deadlines Until Ruling on Pending Class Certification, and having considered the Motion, ORDERS that the all deadlines remaining on the May 26 Amended Scheduling Order are suspended until further notice. Once the Court rules on the pending Motion for Class Certification, Dkt. 173, the Court will inform the parties of any further action necessary to prepare for trial. The parties further need not conduct depositions of trial witnesses at this time, as the Court will address any deposition period after ruling on the pending Motion for Class Certification.

It is so ORDERED.

SIGNED this _____ day of __JAN 1 3 2022__, 2022.

_____
THE HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE

4889-5432-8584.1 / 102985-1001

1