United States District Court
Southern District of Texas
**ENTERED**
April 20, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES PHILLIPS, ET AL., | § | |
| Plaintiff | § § § § | |
| v. | § § | CIVIL ACTION NO. 4:18-CV-00821 |
| WIPRO LIMITED, | § § § | |
| Defendant. | § | |

## THIRD AMENDED SCHEDULING ORDER

**1.** May 6, 2022     **MOTIONS DEADLINE**

The parties may file a summary judgment motion on the individuals claims by this date.

**2.** June 24, 2022     **SUPPLEMENTAL DESIGNATIONS**

Depositions of the opposing party's designated trial witnesses not previously deposed and short depositions of the experts may be taken within 60 days after this deadline.

**JOINT PRETRIAL ORDER**

**3.** August 26, 2022     THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order on this date. (Where available, Defendant should supply Plaintiff with an electronic copy.)

**4.** September 2, 2022     THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date.

**5.** September 9, 2022     **DOCKET CALL** is set at 1:30 p.m. in Courtroom 8C

**6.** September 12, 2022     **TRIAL** is set at 9:00 a.m. in Courtroom 8C.

2

|  | The Case is subject to being called to trial on short notice during the two-week period beginning on this date |
|---|---|
| It is so ORDERED. | |
| April 20, 2022 | *[signature]* |
| Date | The Honorable Alfred H. Bennett<br>United States District Judge |

4888-4073-7816.1 / 102985-1001