UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES PHILLIPS, and ROBERT SAEMIAN, <br><br> Plaintiffs, <br><br> vs. <br><br> WIPRO LIMITED, <br><br> Defendant. | § § § § § § § § § § § § § § CIVIL ACTION NO. 4:18-cv-00821 |

## PLAINTIFFS' SUPPLEMENTAL DESIGNATIONS

Pursuant to the Court's April 20, 2022 Third Amended Scheduling Order (ECF 258), Plaintiffs James Phillips and Robert Saemian ("Plaintiffs") hereby designate the following trial witnesses:

| Name | Summary of Testimony |
|---|---|
| James Phillips <br> Contact through Kotchen & Low LLP | Mr. Phillips will provide testimony concerning Wipro's pattern-or-practice of discrimination in its employment practices in favor of South Asians and Indians, his employment with Wipro and termination by Wipro, his reapplication to the company, and harm from Wipro's discrimination. |
| Robert Saemian <br> Contact through Kotchen & Low LLP | Mr. Saemian will provide testimony concerning Wipro's pattern-or-practice of discrimination in its employment practices in favor of South Asians and Indians, his employment with Wipro and termination by Wipro, and harm from Wipro's discrimination. |
| Dr. David Neumark <br> Department of Economics <br> 3151 Social Science Plaza <br> University of California-Irvine <br> Irvine, CA 92697-5100 | Dr. Neumark will testify as a labor economist regarding the statistical significance of the hiring, promotion, and termination rates of South Asians and Indians vs. non-South Asians and non-Indians at Wipro. He will testify as to the opinions set forth in his initial report and reply report, and will also offer testimony to rebut the expert opinions of Dr. Stephen Bronars. |
| Dr. Ronil Hira <br> 10040 Rolling River Run <br> Laurel MD 20723 | Dr. Hira will testify regarding Wipro's business model and the issues discussed in his reply expert report, including Dr. Hira's rebuttal to the expert opinions of Dr. Stephen Bronars and Dr. Suit Ganguly. |
| Brian Charles <br> Contact through Kotchen | Mr. Charles will provide testimony concerning Wipro's pattern-or-practice of discrimination in its employment practices in favor of |

| | |
|---|---|
| & Low LLP | South Asians and Indians, his employment with Wipro and departure from Wipro, and harm from Wipro's discrimination. |
| James Gibbs<br>Contact through Kotchen & Low LLP | Mr. Gibbs will provide testimony concerning Wipro's pattern-or-practice of discrimination in its employment practices in favor of South Asians and Indians, his employment with Wipro and departure from Wipro, and harm from Wipro's discrimination. |
| Dan Giordan<br>Contact through Kotchen & Low LLP | Mr. Giordan will provide testimony concerning Wipro's pattern-or-practice of discrimination in its employment practices in favor of South Asians and Indians, his employment with Wipro and departure from Wipro, and harm from Wipro's discrimination. |
| Joseph Huffman<br>Contact through Kotchen & Low LLP | Mr. Huffman will provide testimony concerning Wipro's pattern-or-practice of discrimination in its employment practices in favor of South Asians and Indians, his employment with Wipro and departure from Wipro, and harm from Wipro's discrimination. |
| Greg MacLean<br>Contact through Kotchen & Low LLP | Mr. MacLean will provide testimony concerning Wipro's pattern-or-practice of discrimination in its employment practices in favor of South Asians and Indians, his employment with Wipro and departure from Wipro, and harm from Wipro's discrimination. |
| Fred Mersbach<br>Contact through Kotchen & Low LLP | Mr. Mersbach will provide testimony concerning Wipro's pattern-or-practice of discrimination in its employment practices in favor of South Asians and Indians, his employment with Wipro and departure from Wipro, and harm from Wipro's discrimination. |
| Thomas Morrisey<br>Contact through Kotchen & Low LLP | Mr. Morrisey will provide testimony concerning Wipro's pattern-or-practice of discrimination in its employment practices in favor of South Asians and Indians, his employment with Wipro and departure from Wipro, and harm from Wipro's discrimination. |
| Jacques Peay<br>Contact through Kotchen & Low LLP | Mr. Peay will provide testimony concerning Wipro's pattern-or-practice of discrimination in its employment practices in favor of South Asians and Indians, his employment with Wipro and departure from Wipro, and harm from Wipro's discrimination. |
| Ardeshir Pezeshki<br>Contact through Kotchen & Low LLP | Mr. Pezeshki will provide testimony concerning Wipro's pattern-or-practice of discrimination in its employment practices in favor of South Asians and Indians, his employment with Wipro and departure from Wipro, and harm from Wipro's discrimination. |
| John Singer<br>Contact through Kotchen & Low LLP | Mr. Singer will provide testimony concerning Wipro's pattern-or-practice of discrimination in its employment practices in favor of South Asians and Indians, his employment with Wipro and departure from Wipro, and harm from Wipro's discrimination. |
| Ricardo Valles<br>Contact through Kotchen & Low LLP | Mr. Valles will provide testimony concerning Wipro's pattern-or-practice of discrimination in its employment practices in favor of South Asians and Indians, his employment with Wipro and departure from Wipro, and harm from Wipro's discrimination. |
| Jonathan Vaughters<br>Contact through Kotchen & Low LLP | Mr. Vaughters will provide testimony concerning Wipro's pattern-or-practice of discrimination in its employment practices in favor of South Asians and Indians, his employment with Wipro and departure from Wipro, and harm from Wipro's discrimination. |

| | |
|---|---|
| Armin Vogl<br>Contact through Kotchen & Low LLP | Mr. Vogl will provide testimony concerning Wipro's pattern-or-practice of discrimination in its employment practices in favor of South Asians and Indians, his employment with Wipro and departure from Wipro, and harm from Wipro's discrimination. |
| Ronald Hemenway<br>Contact through Kotchen & Low LLP | Mr. Hemenway will provide testimony concerning Wipro's pattern-or-practice of discrimination in its employment practices in favor of South Asians and Indians, his employment with Wipro and departure from Wipro, and harm from Wipro's discrimination. |
| Raghunath Rajan | Mr. Rajan will provide testimony concerning Wipro's staffing, benching, and termination practices, along with testimony concerning Mr. Phillips' time on the bench. |
| Karthi Murugaiyan | Mr. Murugaiyan will provide testimony concerning Wipro's hiring and staffing practices, along with testimony concerning Wipro's failure to re-hire Mr. Phillips in 2014. |
| Richard Prime | Mr. Prime will provide testimony concerning Wipro's hiring, staffing, and termination practices, along with testimony concerning Mr. Saemian's employment with Wipro, departure from Wipro, and Mr. Saemian's complaints regarding discrimination. |
| Jeannette Atkinson | Ms. Atkinson will provide testimony concerning Wipro's recruiting, hiring, and staffing policies and practices, including its affirmative action program and reports. |
| Amar Naga | Mr. Naga will provide testimony concerning Wipro's staffing policies and practices, including its localization program. |
| Ganesamoorthy Muthusamy | Mr. Muthusamy will provide testimony concerning Wipro's recruiting, hiring, and staffing policies and practices, including its localization plan. |
| Ramesh Dariya | Mr. Dariya will provide testimony concerning Wipro's immigration program and immigration policies and practices. |
| Justin Gray | Mr. Gray will provide testimony concerning Wipro's recruiting, hiring, and staffing policies and practices. |
| Tarika Mitchelson | Ms. Mitchelson will provide testimony concerning Wipro's human resources policies and practices. |
| Himanshu Srivastava | Mr. Srivastava will provide testimony concerning Wipro's recruiting, hiring, and staffing policies and practices. |
| Sunita Cherian | Ms. Cherian will provide testimony concerning Wipro's human resources policies and practices, as well as its diversity and inclusion, affirmative action, and EEO policies and practices. |
| Rohan Kamath | Mr. Kamath will provide testimony concerning Wipro's staffing practices and immigration program, including immigration policies and practices. |
| Saloni Sachdev | Ms. Sachdev will provide testimony concerning Wipro's human resources policies and practices, as well as its diversity and inclusion, affirmative action, and EEO policies and practices. |

Plaintiffs reserve the right to add to, modify, and supplement this list of witnesses. Plaintiffs also reserve the right to call Wipro's any and all witnesses disclosed by Wipro, including its experts.

Dated: June 24, 2022

By: /s/Daniel Kotchen
Daniel Kotchen (*pro hac vice*)
Daniel Low (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
KOTCHEN & LOW LLP
1918 New Hampshire Avenue NW
Washington, DC 20009
Telephone: (202) 471-1995
Facsimile: (202) 280-1128

Dwaine M. Massey
State Bar No. 00791199
Federal Bar No. 18418
MASSEY LAW FIRM PLLC
601 Sawyer St., Suite 225
Houston, TX 77007
Telephone:  (713) 223-1550
Facsimile:   (713) 588-8437

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system.

Dated: June 24, 2022

By: /s/ Daniel Kotchen
Daniel Kotchen