IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES PHILLIPS, and ROBERT SAEMIAN, | § § § § | |
| Plaintiffs | § | |
| v. | § | CIVIL ACTION NO. 4:18-CV-00821 |
| | § § | |
| WIPRO LIMITED, | § § | |
| Defendant. | § | |

**NOTICE OF SETTLEMENT IN PRINCIPLE**

Pursuant to Local Rule 16.3 and Section 6 of Hon. Alfred H. Bennett's Court Procedures and Practices, Plaintiffs James Phillips and Robert Saemian ("Plaintiffs") and Defendant Wipro Limited ("Wipro") hereby provide notice to the Court that the Parties have reached a settlement in principle in this matter. Accordingly, the Parties jointly request that the Court stay all Court proceedings and deadlines, including the upcoming trial that is set to begin on or after September 12, 2022. *See* Dkt. 258 (setting September 9, 2022 docket call and September 12 trial date). The parties are in the process of drafting a settlement agreement and anticipate filing a Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) within thirty (30) days.

Dated:  August 26, 2022

By: /s/*Daniel Kotchen*
    Daniel Kotchen (pro hac vice)
    Daniel Low (pro hac vice)
    Lindsey Grunert (pro hac vice)
    KOTCHEN & LOW LLP
    1918 New Hampshire Ave. NW
    Washington, DC 20009
    Telephone: (202) 471-1995
    Facsimile: (202) 280-1128

    Dwaine M. Massey
    State Bar No. 00791199
    Federal Bar No. 18418
    MASSEY LAW FIRM PLLC
    601 Sawyer St., Suite 225
    Houston, TX 77007
    Telephone: (713) 223-1550
    Facsimile: (713) 588-8437

    *Attorneys for Plaintiffs*

Respectfully submitted,

By: /s/*Kerry E. Notestine*
    Kerry E Notestine
    (Attorney-in-Charge)
    Texas Bar No. 15116950
    Federal I.D. No. 2423
    knotestine@littler.com
    LITTLER MENDELSON, P.C.
    1301 McKinney Street, Suite 1900
    Houston, Texas 77010
    Telephone: (713) 951-9400
    Facsimile: (713) 951-9212

    J. Bradley Spalding
    Texas Bar No. 00786253
    Federal I.D. No. 21169
    bspalding@littler.com
    Nehal S. Anand
    Texas Bar No. 24070600
    Federal I.D. No. 1061200
    nanand@littler.com
    LITTLER MENDELSON, P.C.
    1301 McKinney Street, Suite 1900
    Houston, Texas 77010
    Telephone: (713) 951-9400
    Facsimile: (713) 951-9212

    *Attorneys for Defendant, Wipro Limited*

## CERTIFICATE OF SERVICE

    I certify that on August 26, 2022, I filed the foregoing document using the Court's CM/ECF system, which automatically sent notice to the counsel of record.

    /s/*Daniel Kotchen*
    Daniel Kotchen