IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES PHILLIPS, and ROBERT SAEMIAN, | § § § § | |
| Plaintiffs | § | |
| v. | § | CIVIL ACTION NO. 4:18-CV-00821 |
| | § | |
| WIPRO LIMITED, | § § | |
| Defendant. | § § | |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs James Phillips and Robert Saemian ("Plaintiffs") and Defendant Wipro Limited ("Defendant"), by and through their counsel of record, hereby stipulate to the dismissal of the instant action in its entirety, with prejudice. Each party shall bear expenditures as agreed by the parties.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: _____    _____
                                  UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Dated:  November 4, 2022<br><br>By: /s/*Daniel Kotchen*<br>　　Daniel Kotchen (pro hac vice)<br>　　Daniel Low (pro hac vice)<br>　　Lindsey Grunert (pro hac vice)<br>　　KOTCHEN & LOW LLP<br>　　1918 New Hampshire Ave. NW<br>　　Washington, DC 20009<br>　　Telephone: (202) 471-1995<br>　　Facsimile: (202) 280-1128<br><br>　　Dwaine M. Massey<br>　　State Bar No. 00791199<br>　　Federal Bar No. 18418<br>　　MASSEY LAW FIRM PLLC<br>　　601 Sawyer St., Suite 225<br>　　Houston, TX 77007<br>　　Telephone: (713) 223-1550<br>　　Facsimile: (713) 588-8437<br><br>　　*Attorneys for Plaintiffs* | Respectfully submitted,<br><br>By: /s/*Kerry E. Notestine*<br>　　Kerry E Notestine<br>　　(Attorney-in-Charge)<br>　　Texas Bar No. 15116950<br>　　Federal I.D. No. 2423<br>　　knotestine@littler.com<br>　　LITTLER MENDELSON, P.C.<br>　　1301 McKinney Street, Suite 1900<br>　　Houston, Texas 77010<br>　　Telephone: (713) 951-9400<br>　　Facsimile: (713) 951-9212<br><br>　　J. Bradley Spalding<br>　　Texas Bar No. 00786253<br>　　Federal I.D. No. 21169<br>　　bspalding@littler.com<br>　　Nehal S. Anand<br>　　Texas Bar No. 24070600<br>　　Federal I.D. No. 1061200<br>　　nanand@littler.com<br>　　LITTLER MENDELSON, P.C.<br>　　1301 McKinney Street, Suite 1900<br>　　Houston, Texas 77010<br>　　Telephone: (713) 951-9400<br>　　Facsimile: (713) 951-9212<br><br>　　*Attorneys for Defendant* |

CERTIFICATE OF SERVICE

I certify that on November 4, 2022, I filed the foregoing document using the Court's CM/ECF system, which automatically sent notice to the counsel of record.

　　　　　　　　　　　　　　　　　　　　　　/s/*Daniel Kotchen*
　　　　　　　　　　　　　　　　　　　　　　Daniel Kotchen